IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                  ORDER

v.

WILLIAM POFF,                                   13-cr-61-jps
BRIAN SMALL and
CHRISTOPHER OSBORNE,

                Defendants.
_____

      At his August 7, 2013 arraignment, defendant William Poff invoked his constitutional right to represent himself in this criminal prosecution. Pursuant to *Faretta v. California*, 422 U.S. 806, 835 (1975), the court engaged Poff in a colloquy to determine whether this was a knowing and intentional election on his part. *See also United States v. Todd*, 424 F.3d 525, 53-31 (7th Cir. 2005). After exploring the relevant considerations with Poff on the record and determining that his relinquishment of his right to counsel was knowing and intentional, the court granted Poff's request. Hereafter, Poff shall represent himself in this criminal prosecution. The court kept Poff's CJA-appointed counsel on the case to act as Poff's stand-by attorney, an arrangement that was acceptable to both of them. Poff should be aware that if he were to change his mind about proceeding pro se and makes a timely request to the court to appoint counsel to represent him, then the court would grant such a request.

      Entered this 7th day of August, 2013.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge