CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 05/12)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>William Poff | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>13-CR-61 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. William Poff | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>*(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC secs. 1521, 1341 and 2

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $800, excluding expenses)*

Signature of Attorney _____   Date _____

☐ Panel Attorney   ☐ Retained Attorney   ☑ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
William Poff, Sauk County Jail, 1300 Lange Court, Baraboo, WI 53913

Telephone Number: _____

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Payment of copying service at jail. See attached motion.

14. TYPE OF SERVICE PROVIDER *(See Instructions)*

| | | | | |
|---|---|---|---|---|
| 01 ☐ Investigator | | 17 ☐ Hair/Fiber Expert | | |
| 02 ☐ Interpreter/Translator | | 18 ☐ Computer (Hardware/Software/Systems) | | |
| 03 ☐ Psychologist | | | | |
| 04 ☐ Psychiatrist | | 19 ☐ Paralegal Services | | |
| 05 ☐ Polygraph | | 20 ☐ Legal Analyst/Consultant | | |
| 06 ☐ Documents Examiner | | 21 ☐ Jury Consultant | | |
| 07 ☐ Fingerprint Analyst | | 22 ☐ Mitigation Specialist | | |
| 08 ☐ Accountant | | 23 ☑ Duplication Services | | |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 24 ☐ Other *(Specify)* | | |
| 10 ☐ Chemist/Toxicologist | | | | |
| 11 ☐ Ballistics | | 25 ☐ Litigation Support Services | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | | | |
| 14 ☐ Pathologist/Medical Examiner | | 26 ☐ Computer Forensics Expert | | |
| 15 ☐ Other Medical | | | | |
| 16 ☐ Voice/Audio Analyst | | | | |

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____ [signature]
Signature of Presiding Judge or By Order of the Court

1-12-14
Date of Order _____   Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☑ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES<br>*(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____

Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED<br>$0.00 |
|---|---|---|---|

23. ☐ Either the total cost *(excluding expenses)* of all services combined does not exceed $800, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $800.

_____   _____   _____
Signature of Presiding Judge   Date   Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED<br>$0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(c)(3)

_____   _____   _____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code